**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-6083**

─────────────

MICHAEL O. DEVAUGHN,

                              Petitioner - Appellant,

        versus

MICKEY E. RAY, Warden of FCI Edgefield; UNITED
STATES OF AMERICA,

                              Respondents - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Joseph F. Anderson, Jr., District
Judge.  (CA-99-3405-4-17BF)

─────────────

Submitted:  April 13, 2000          Decided:  April 25, 2000

─────────────

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael O. DeVaughn, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael O. DeVaughn appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (1994) petition and denying his motions filed pursuant to Fed. R. Civ. P. 59(e) and 60(b). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Because we find that the magistrate judge properly recommended that DeVaughn's claims were more appropriately brought under 28 U.S.C.A. § 2255 (West Supp. 1999), and that any such motion would be successive, we affirm substantially on the reasoning of the district court. See DeVaughn v. Ray, No. CA-99-3405-4-17BF (D.S.C. Nov. 15, Dec. 3, & Dec. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2